IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIONEL J. MISSOURI,<br>**Plaintiff** | : | |
| v. | : | CIVL NO. 19-6153 |
| BARBARA A. FITZGERALD, *et al.*,<br>**Defendants** | : | |

### ORDER

AND NOW, this 4th day of February 2020, upon consideration of Plaintiff Lionel J. Missouri's Motions to Proceed *In Forma Pauperis* (ECF Nos. 1 and 5), Complaint (ECF No. 2), and Request for Appointment of Attorney (ECF No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the Court's Memorandum.

4. Mr. Missouri may file an amended complaint within thirty (30) days of the date of this Order in the event that he can state plausible claims that cure the defects noted in the Court's Memorandum. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Mr. Missouri's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court is **DIRECTED** to send Mr. Missouri a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Mr. Missouri may use this form to file his amended complaint if he chooses to do so.

6. Mr. Missouri's Request for Appointment of Attorney (ECF No. 4) is **DENIED WITHOUT PREJUDICE** at this time.

7. If Mr. Missouri fails to file an amended complaint in accordance with this Order, his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

_____
**GENE E.K. PRATTER, J.**